AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Nicholas M. Martin and Diego Frausto, on behalf of themselves and a class,
    Plaintiffs,

V.

Ripple 1471, Inc., d/b/a Salud Tequila Lounge and Does 1-10,
    Defendant.

CASE NUMBER: 10cv5144

ASSIGNED JUDGE: Judge Coar

DESIGNATED MAGISTRATE JUDGE: Judge Mason

TO: (Name and address of Defendant)

Ripple 1471, Inc., d/b/a Salud Tequila Lounge
c/o Registered Agent Burton R. Lindner
150 S. Wacker Dr. Suite 650
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin LLC,
120 S. Lasalle 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within   21   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*

(By) DEPUTY CLERK



**August 16, 2010**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-17-10 |
| NAME OF SERVER (PRINT) Therese Lynch | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **Burton R. Lindner, 150 S. Wacker Dr., Ste. 650, Chicago, IL 60606**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **8-17-10**
           Date           *Therese Lynch*
                              Signature of Server

                              **120 S. LaSalle, 18th Floor, Chicago, IL 60603**
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.