## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number: 10-cv-05144

NICHOLAS M. MARTIN and DIEGO FRAUSTO,
individually and on behalf of a class, Plaintiffs,
v.
RIPPLE 1471, INC., d/b/a SALUD TEQUILA LOUNGE
and DOES 1-10, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RIPPLE 1471, INC.

| | |
|---|---|
| NAME (Type or print) JEROME E. BOYLE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ JEROME E. BOYLE | |
| FIRM ALVIN W. BLOCK & ASSOCIATES | |
| STREET ADDRESS 33 N LASALLE STREET SUITE 3000 | |
| CITY/STATE/ZIP CHICAGO IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6185176 | TELEPHONE NUMBER (312) 346-5656 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |